# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PHILLIP DALE MCDONALD, Individually and as Successor-in-Interest to MARY PATRICIA MCDONALD, Deceased,

    Plaintiff,

v.

UNILEVER NORTH AMERICA SUPPLY CHAIN COMPANY, LLC, and JOHN DOE 1-100,

    Defendants.

§§§§§§§§§§§§§§§§§

CIVIL ACTION NO. 1:24-CV-00184

## INDEX OF MATTERS BEING FILED

| | |
|---|---|
| **EXHIBIT 1:** | Index of Matters Being Filed |
| **EXHIBIT 2:** | Docket Sheet for State Court Action |
| **EXHIBIT 3:** | Copies of all Documents filed in State Court Action<br><br>A. Plaintiff's Original Petition, filed 09.30.2024<br>B. Citation Issued to Unilever, filed 09.30.2024<br>C. Jury Demand, filed 09.30.2024<br>D. Return of Service of Executed Citation to Unilever, filed 10.14.2024 |
| **EXHIBIT 4:** | Certificate of Interested Parties and Corporate Disclosure Statement |